IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

FILED AT WICHITA, KS
JAN 21 2010
CLERK
U.S. Court of Bankruptcy
By_____Deputy

In re:                                    |

BERRYHILL, ANDREW FRANKLIN               |
BERRYHILL, MELISSA CHRISTINA             |          Bankruptcy No. 07-11530
                                         |          Chapter 7
                    Debtor(s)            |
_____|

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and

reports that the following listed check(s) have been issued and mailed but were either

undeliverable and returned or that more than ninety (90) days have elapsed and said checks were

not presented to the depository:

| Check No. | Payee | Amount |
|-----------|-------|--------|
| 106 | Alltel<br>Bankruptcy Dept - 1269 B5F03-B<br>Little Rock, AR 72202 | $600.18 |

Accompanying this Report is Check No. 108 in the amount of $600.18 made payable to

the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed

funds.

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

_____
D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100